STATE OF NEW JERSEY, PLAINTIFF-MOVANT, v. R.W., DEFENDANT-RESPONDENT.

October 17, 1985.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that the motion for leave to file as within time is granted (M–6); and it is further

ORDERED that the motion for reconsideration is granted; and it is further

ORDERED that the petition for certification (C–943–84), is granted, limited solely to the issue involving the pretrial psychiatric or psychological examination of an infant witness (M–7).